UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: 26-cr-0001 |
| v. : | MAGISTRATE NO.: 25-mj-276 |
| BRIAN J. COLE, JR., : | VIOLATIONS: |
| Defendant. : | 18 U.S.C. § 844(d)<br>(Interstate Transportation of Explosives)<br><br>18 U.S.C. § 844(i)<br>(Malicious Attempt to Use Explosives) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 5, 2021, in the District of Columbia and elsewhere, the defendant, **BRIAN J. COLE, JR.**, knowingly transported in interstate commerce two explosives, that is, two explosive devices commonly referred to as "pipe bombs," with the knowledge and intent to use those explosives to intimidate any individual and unlawfully to damage and destroy any building and other real property in Washington, D.C., that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C., and the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C.

(**Interstate Transportation of Explosives**, in violation of
Title 18, United States Code, Section 844(d))

## COUNT TWO

On or about January 5, 2021, within the District of Columbia, the defendant, **BRIAN J. COLE, JR.**, maliciously attempted to damage and destroy, by means of fire and an explosive, any building and surrounding real property, that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C., and the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C., both of which were used in interstate and foreign commerce and were used in an activity affecting interstate and foreign commerce.

(**Malicious Attempt to Use Explosives**, in violation of
Title 18, United States Code, Section 844(i))

A TRUE BILL

FOREPERSON

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _____
Jocelyn Ballantine
Deputy Chief, National Security Section