**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The United States respectfully moves the Court for a short extension of time to respond to defendant Brian J. Cole Jr.'s pending motion to dismiss for lack of jurisdiction.   ECF No. 56.   The defendant filed the motion to dismiss on March 16, 2026.   *Id.*   Under the local rules, the government's response is due on March 30, 2026.   The government respectfully requests an extension of time to April 10, 2026, and submits that such a brief extension will not prejudice the defense or the Court in its management of these proceedings.   The government has consulted with the defense, and the defendant does not oppose this request.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
Charles R. Jones (DC Bar No. 1035541)
Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 252-6976
Charles.Jones3@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

Upon consideration of the government's motion for extension of time to respond to defendant

Brian J. Cole, Jr.'s motion to dismiss for lack of jurisdiction, ECF No. 56, and without opposition

from the defendant, it is hereby

ORDERED that the government shall file its response to the motion to dismiss on or before

April 10, 2026.


Date: _____              _____
                                          AMIR H. ALI
                                          UNITED STATES DISTRICT JUDGE