UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

UNITED STATES OF AMERICA      :     CRIMINAL NO.: 26-cr-0001

     :

     :     VIOLATIONS:

     :

v.      :     18 U.S.C. § 844(d)

     :     18 U.S.C. § 844(i)

BRIAN J. COLE, JR.,      :     18 U.S.C. § 2332a(a)(2)

     :     D.C. Code §§ 22-3152, 22-3153(l), 22-4502

Defendant.      :

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 5, 2021, in the District of Columbia and elsewhere, the defendant, BRIAN J. COLE, JR., knowingly transported in interstate commerce an explosive, that is, two "pipe bombs" and their respective components, with the knowledge and intent to use the explosive to intimidate any individual and unlawfully to damage and destroy any building and other real property in Washington, D.C., that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C., and the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C.

(Interstate Transportation of Explosives, in violation of
Title 18, United States Code, Section 844(d))

## COUNT TWO

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., maliciously attempted to damage and destroy, by means of fire and an explosive, any building and surrounding real property, that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C., and the

headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C., both of which were used in interstate and foreign commerce and were used in an activity affecting interstate and foreign commerce.

(Malicious Attempt to Use Explosives, in violation of
Title 18, United States Code, Section 844(i))

### COUNT THREE

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., acting without lawful authority, knowingly used and attempted to use a weapon of mass destruction, that is, a destructive device as defined by Title 18, United States Code, Section 921, against persons and property within the United States, that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C., and the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C., and persons associated with these organizations, and (a) facilities of interstate and foreign commerce were used in furtherance of the offense; (b) such property was used in interstate and foreign commerce and in activities that affect interstate and foreign commerce; (c) BRIAN J. COLE, JR. traveled in interstate and foreign commerce in furtherance of the offense; and (d) the offense, and the results of the offense, affected interstate and foreign commerce, and would have affected interstate and foreign commerce.

(Attempt to Use Weapons of Mass Destruction, in violation of
Title 18, United States Code, Section 2332a(a)(2))

### COUNT FOUR

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., while armed with a dangerous weapon, that is, two "pipe bombs" and their respective components, maliciously attempted to burn, destroy, and injure another's property, that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street,

2

Southeast, Washington, D.C., and the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C., each valued at $500,000 or more, with the intent to influence the policy and conduct of a unit of government by intimidation and coercion and with the intent to intimidate and coerce a significant portion of the civilian population of the United States and the District of Columbia.

(Act of Terrorism While Armed (Attempted Malicious Burning, Destruction, or Injury of Property), in violation of D.C. Code §§ 22-3152, 22-3153(l), and 22-4502 (2001 ed.))

A TRUE BILL

FOREPERSON

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:
Jocelyn Ballantine
Deputy Chief, National Security Section

3