**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT NOTICE REGARDING REDACTION ISSUE

The parties, the United States of America and defendant Brian J. Cole, Jr., hereby notify the Court that despite good-faith efforts, the parties have been unable to reach consensus regarding appropriate redactions to Sealed ECF 58 and related pleadings. The parties respectfully propose the following next steps: The government will file under seal its proposed redactions and supporting memorandum by Friday, May 8, 2026, and the defense will file under seal any response thereto by Monday, May 11, 2026. The defense has authorized the government to file this joint notice on its and the government's behalf.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
CHARLES R. JONES (D.C. Bar No. 1035541)
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-6976
Charles.Jones3@usdoj.gov
Tel: (202) 252-7252
Jocelyn.Ballantine2@usdoj.gov