**From:** Jones, Charles (USADC)
**To:** zack@litson.co; alex@litson.co; jr@litson.co; jms@mcfaddenshoreman.com; mwilliams@hdrattorneys.com
**Cc:** Ballantine, Jocelyn (USADC)
**Subject:** RE: U.S. v. Cole - Question about DC Code charge
**Date:** Sunday, May 3, 2026 2:20:34 PM
**Attachments:** image001.png

---

Counsel,
The government intends to proceed under both subsections you reference. The government's evidence of the defendant's intent in targeting the national headquarters of the RNC and DNC encompasses the intent to use intimidation and coercion to influence the policy and conduct of the U.S. Congress.

**Charles R. Jones**
Assistant United States Attorney
National Security Section
Washington, D.C.
(202) 740-4756

---

**From:** Zachary Lawson <zack@litson.co>
**Date:** Wednesday, April 22, 2026 at 2:35 PM
**To:** Jones, Charles (USADC) <charles.jones3@usdoj.gov>, Ballantine, Jocelyn (USADC) <jocelyn.ballantine2@usdoj.gov>
**Cc:** Alex Little <alex@litson.co>, 'jms@mcfaddenshoreman.com' <jms@mcfaddenshoreman.com>, 'mwilliams@hdrattorneys.com' <mwilliams@hdrattorneys.com>, John R. Glover <jr@litson.co>
**Subject:** U.S. v. Cole - Question about DC Code charge

Charles,
We have a question about one of the new counts in the superseding indictment. On the DC Code 22-3153(l) charge, the act must be intended to (i) "[i]ntimidate or coerce a significant portion of the civilian population" of DC or the United States or (ii) "[i]nfluence the policy or conduct of a unit of government by intimidation or coercion." Which of those subsections does the government intend to prove at trial? And if it's the latter, which "unit of government" does the government intend to prove Mr. Cole intended to influence?
Best,
Zack