FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 12/12/2025

On December 4, 2025, Special Agents (SA) of the Federal Bureau of Investigation (FBI) Washington Field Office (WFO) Special Weapons and Tactics (SWAT) Team executed an arrest warrant on Brian Cole Jr. (hereinafter "COLE") near the intersection of Tobacco Way/Estate Drive in front of [redacted] Woodbridge, VA 22193.

At approximately 06:58 AM, SWAT Team members encountered COLE walking near the intersection of Tobacco Way and Estate Drive with a cellphone in his hand. SWAT personnel engaged COLE and issued commands. COLE complied with commands and was subsequently handcuffed by SA [redacted]. COLE was searched subsequent to arrest by SA [redacted] and SA [redacted] resulting in the discovery of a wallet, headphones, keys with lanyard, and a cellphone (recovered from ground). The listed items were turned over to SA [redacted] while onscene.

At approximately 07:06 AM, COLE was placed into the rear passenger seat of an FBI vehicle and transported to the parking area of 14298 Minnieville Rd, Dale City, VA 22193 (STAGING LOCATION). The beginning mileage for the transport was 4,229 miles.

At approximately 07:10 AM, the transport vehicle arrived at the STAGING LOCATION. The ending mileage for the transport was 4,230 miles.

At approximately 07:16 AM, SA [redacted] turned over COLE's headphones, wallet, and cellphone to the case squad at the STAGING LOCATION.

At approximately 07:23 AM, custody of COLE was transferred from the SWAT Team to the case squad at the STAGING LOCATION.

SA [redacted] maintained custody of COLE's keys and lanyard for use during the residential search warrant service at 4984 Manor House Ct. Woodbridge, VA. The keys were subsequently turned over to [redacted] during the warrant execution.

Body-Worn Cameras (BWC) were not utilized during this arrest operation due the exigent nature created by COLE's unexpected departure from his

Investigation on 12/04/2025 at Woodbridge, Virginia, United States (In Person)

File # [redacted] Date drafted 12/04/2025

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not

residence. The following SWAT personnel participated in the arrest operation.

| SWAT PERSONNEL | |
|---|---|
| **First Name** | **Last Name** |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[Agent Note: Attached to the digital and physical 1A of the case file are handwritten notes by [redacted]]