**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cr-00001 |
| | ) | |
| BRIAN COLE, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING OF NON-ELECTRONIC EXHIBIT**

Defendant Brian Cole Jr., through undersigned counsel, gives notice pursuant to Local Criminal Rule 49(e)(1) that Exhibit B to Defendant Brian Cole Jr.'s Motion to Suppress Statements and Incorporated Memorandum of Law, filed September 29, 2026 (ECF No. 102), is not in a format that readily permits electronic filing and is being maintained in the possession of counsel.

1. Exhibit B consists of one (1) USB flash drive containing a number of video files of Mr. Cole's December 4, 2025, custodial interrogation at the FBI's Washington Field Office.

2. The files exceed the file-size and format limits of the Court's CM/ECF system and cannot be converted to PDF.

3. Pursuant to Local Criminal Rule 49(e)(1), the exhibit is being maintained by undersigned counsel at Litson PLLC, 54 Music Square East, Suite 300, Nashville, TN 37203, and will be made available to the Court and to counsel for

the United States upon request. Consistent with the Court's Standing Order, counsel is not delivering a copy to chambers absent a request from the Court.

4. A duplicate flash drive containing the same files has been sent via secure link to counsel for the United States, as reflected in the certificate of service below.

Dated: September 30, 2026

Respectfully submitted,

*/s/ John R. Glover*

J. Alex Little
Zachary C. Lawson
John R. Glover
LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co
zack@litson.co
jr@litson.co

John M. Shoreman
DC Bar #407626
Mario B. Williams
Ga. Bar No. 235254 (*Pro Hac Vice*)
HUMANITY DIGNITY AND RIGHTS LLC
3480 Peachtree Road, NE
Atlanta, Georgia 30326
Tel: 470-257-2485
jms@mcfaddenshoreman.com
mwilliams@hdrattorneys.com

*Counsel for Brian Cole Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2026, I served a copy of the foregoing on all attorneys of record via the Court's electronic filing system, and that on the same date I caused a secure link containing the video files described in Exhibit B to be sent by electronic mail to all counsel of record.

*/s/ John R. Glover*
John R. Glover