**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 26-cr-0001 (AHA)** |
| | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **v.** | : | **18 U.S.C. § 844(d)** |
| | : | **18 U.S.C. § 844(i)** |
| **BRIAN J. COLE, JR.,** | : | **18 U.S.C. § 2332a(a)(2)** |
| | : | **D.C. Code §§ 22-3152, 22-3153(l), 22-4502** |
| **Defendant.** | : | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 5, 2021, in the District of Columbia and elsewhere, the defendant, BRIAN J. COLE, JR., knowingly transported in interstate commerce an explosive, that is, a "pipe bomb" and its respective components, with the knowledge and intent to use the explosive to intimidate any individual and unlawfully to damage and destroy any building and other real property in Washington, D.C., that is, the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C.

(Interstate Transportation of an Explosive, in violation of
Title 18, United States Code, Section 844(d))

## COUNT TWO

On or about January 5, 2021, in the District of Columbia and elsewhere, the defendant, BRIAN J. COLE, JR., knowingly transported in interstate commerce an explosive, that is, a "pipe bomb" and its respective components, with the knowledge and intent to use the explosive to intimidate any individual and unlawfully to damage and destroy any building and other real

property in Washington, D.C., that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C.

(Interstate Transportation of an Explosive, in violation of
Title 18, United States Code, Section 844(d))

**COUNT THREE**

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., maliciously attempted to damage and destroy, by means of fire and an explosive, any building and other real property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, that is, the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C.

(Malicious Attempt to Use an Explosive, in violation of
Title 18, United States Code, Section 844(i))

**COUNT FOUR**

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., maliciously attempted to damage and destroy, by means of fire and an explosive, any building and other real property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C.

(Malicious Attempt to Use an Explosive, in violation of
Title 18, United States Code, Section 844(i))

**COUNT FIVE**

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., acting without lawful authority, knowingly used and attempted to use a weapon of mass destruction, that is, a destructive device as defined by Title 18, United States Code, Section 921, against persons and property within the United States, that is, the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C., and

persons associated with this organization, and (a) facilities of interstate and foreign commerce were used in furtherance of the offense; (b) such property was used in interstate and foreign commerce and in activities that affect interstate and foreign commerce; (c) BRIAN J. COLE, JR. traveled in interstate and foreign commerce in furtherance of the offense; and (d) the offense, and the results of the offense, affected interstate and foreign commerce, and would have affected interstate and foreign commerce.

(Attempt to Use a Weapon of Mass Destruction, in violation of
Title 18, United States Code, Section 2332a(a)(2))

**COUNT SIX**

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., acting without lawful authority, knowingly used and attempted to use a weapon of mass destruction, that is, a destructive device as defined by Title 18, United States Code, Section 921, against persons and property within the United States, that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C., and persons associated with this organization, and (a) facilities of interstate and foreign commerce were used in furtherance of the offense; (b) such property was used in interstate and foreign commerce and in activities that affect interstate and foreign commerce; (c) BRIAN J. COLE, JR. traveled in interstate and foreign commerce in furtherance of the offense; and (d) the offense, and the results of the offense, affected interstate and foreign commerce, and would have affected interstate and foreign commerce.

(Attempt to Use a Weapon of Mass Destruction, in violation of
Title 18, United States Code, Section 2332a(a)(2))

**COUNT SEVEN**

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., while armed with a dangerous weapon, that is, a "pipe bomb" and its respective

components, attempted to maliciously burn, destroy, and injure another's property, that is, the headquarters of the Republican National Committee, located at 310 First Street, Southeast, Washington, D.C., valued at $500,000 or more, with the intent to influence the policy and conduct of a unit of government, that is, the United States Congress, by intimidation and coercion and with the intent to intimidate and coerce a significant portion of the civilian population of the United States and the District of Columbia.

(Act of Terrorism While Armed (Attempted Malicious Burning, Destruction, or Injury of Property), in violation of D.C. Code §§ 22-3152, 22-3153(l), and 22-4502 (2001 ed.))

**COUNT EIGHT**

On or about January 5, 2021, within the District of Columbia, the defendant, BRIAN J. COLE, JR., while armed with a dangerous weapon, that is, a "pipe bomb" and its respective components, attempted to maliciously burn, destroy, and injure another's property, that is, the headquarters of the Democratic National Committee, located at 430 South Capitol Street, Southeast, Washington, D.C., valued at $500,000 or more, with the intent to influence the policy and conduct of a unit of government, that is, the United States Congress, by intimidation and coercion and with the intent to intimidate and coerce a significant portion of the civilian population of the United States and the District of Columbia.

(Act of Terrorism While Armed (Attempted Malicious Burning, Destruction, or Injury of Property), in violation of D.C. Code §§ 22-3152, 22-3153(l), and 22-4502 (2001 ed.))

A TRUE BILL

FOREPERSON

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: ______________________
Jocelyn Ballantine
Deputy Chief, National Security Section