**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**
**GOVERNING POLYGRAPH INFORMATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of the attached protective order governing polygraph information in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
Charles R. Jones (DC Bar No. 1035541)
Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 252-6976
Charles.Jones3@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cr-00001-AHA** |
| | : | |
| **BRIAN J. COLE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**PROTECTIVE ORDER GOVERNING POLYGRAPH INFORMATION**

To facilitate the disclosure of information and adequately protect sensitive national security screening techniques, it is, pursuant to the Court' s authority under Fed. R. Crim. P. 16(d)(1) and with the consent of the parties, ORDERED:

1. **Materials Subject to this Order.** This protective order ("Order") governs polygraph examination materials associated with FBI case file number WF-3366725, and any information contained therein, made available by the United States for in-person review by the legal defense team in connection with this case, as well as any notes or other documents or reports related to or derivative of the polygraph examination materials or information contained therein, or any reproductions thereof (collectively, "PE Information"). PE Information may be used by the legal defense team solely in connection with the defense of this case, *United States v. Brian J. Cole, Jr.*, 26-cr-1 (AHA), and for no other purpose, and in connection with no other proceeding or matter.

2. **Legal Defense Team.** For purposes of this Order, the "legal defense team" is limited to defense counsel (defined as counsel of record in this case, including any post-conviction or appellate counsel), investigator Joey Mundy, and any defense expert identified and retained by defense counsel to advise or assist defense counsel in connection with PE Information in this case. The legal defense team shall not include the defendant or the defendant's family members, friends,

or associates, nor shall the legal defense team include attorneys, experts, or investigators other than those identified above, clients, paralegals, or support staff. Defense counsel must provide a copy of this Order to, and review the terms of this Order with, any member of the legal defense team before providing them with access to PE Information.

3. **Limitations on Dissemination of PE Information.** The legal defense team shall not disseminate, share, or discuss PE Information in any form (oral, written, or other) directly or through any intermediary or instrumentality with any recipient who is not a member of the legal defense team, except as permitted under paragraphs 4 and 5 Order.

4. **Court Filings**. Absent prior agreement by the parties or permission from the Court, no party shall disclose PE Information in any public filing with the Court. Such materials shall be submitted under seal in accordance with Local Criminal Rule 49(f)(6), after filing an accompanying motion for leave to file under seal.

5. **Court Hearings**. The restrictions in this Order shall not limit either party in the use of PE Information in judicial proceedings in this case. The procedures for use of PE Information during any hearing or the trial of this matter shall be determined by the parties and the Court in advance of the hearing or trial. No party shall disclose PE Information in open court without agreement by the parties that such materials may be disclosed in open court or prior consideration by the Court.

6. **Storage of PE Information.** The legal defense team shall at all times store PE Information in a secure physical or electronic environment that limits access to members of the legal defense team. Defense counsel shall be responsible and accountable for maintaining, securing, and storing PE Information and taking all necessary precautions to prevent unauthorized access.

7. **Disposition Following the Conclusion of this Criminal Case.** This Order shall remain in effect after the conclusion of this case and shall continue to govern the dissemination, use, reproduction, storage, and retention of PE Information in this case.

8. **Scope of this Order.** This Order does not constitute a ruling on the question of whether any PE Information is properly discoverable or admissible and does not constitute a ruling on any potential objection to the admissibility or discoverability of PE Information. By consenting to this Order, the government does not agree that any PE Information is properly discoverable or admissible.

**SO ORDERED** this ____ of _____, 2026.

_________________________________
**HON. AMIR H. ALI**
**UNITED STATES DISTRICT JUDGE**