**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

BRIAN J. COLE, JR.,

*Defendant.*

Criminal Action No. 26-00001 (AHA)

**INITIAL STATUS REPORT OF CONFLICTS COUNSEL**

On October 20, 2026, this Court requested that the Federal Public Defender appoint counsel to advise Mr. Cole about the possible conflict that may exist for his current criminal defense team and the possible adverse consequences of such representation. Undersigned counsel have begun the analysis necessary to provide such advice. In doing so, we have had conversations with the defense team and the prosecution team and have been provided with numerous pleadings and transcripts relevant to the analysis, which we are in the process of reviewing. We have also attempted to schedule a video call with Mr. Cole where he is housed, a facility well-outside of the District of Columbia making logistics for an in-person visit more difficult. We are awaiting approval from the facility for that initial call. Counsel will be out of the office for several days the second week of November but anticipates being able to complete the process of advising the client by November 13, 2026, and suggests a status hearing at which the issues can be addressed anytime after November 16, 2026.

Respectfully submitted,

A. J. KRAMER
Federal Public Defender

_________/s/_________________
MICHELLE PETERSON
First Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
Shelli_Peterson@fd.org
(202) 208-7500, ext 5125