# Federal Bureau of Investigation
## Computer Analysis Response Team
## Washington Field Office

## Examination Notes

| Summary Information | | | |
|---|---|---|---|
| **FBI Washington Field Office (WFO)**<br>Northern Virginia Resident Agency (NVRA)<br>9325 Discovery Boulevard<br>Manassas, VA 20109 | | **Examiner:**<br>Information Technology Specialist (ITS)<br>Digital Forensic Examiner (DFE)<br>[redacted] [redacted] | |
| **Case Agent:** Special Agent (SA) [redacted] | | **Legal Authority:** Consent | |
| **Case ID:** 266O-WF-3366725<br>**Subfile 1:** 266O-WF-3366725-CART<br>**Subfile 2:** 266O-WF-3366725-SHAUNI_KERKHOFF | | **Lead ID:** 15860973 | |
| **Date Service Requested:**<br>11/6/2025 | **Date Specimens Received:**<br>11/6/2025 | **Date Exam Started:**<br>11/6/2025 | **Date Exam Completed:**<br>12/18/2025 |
| **Hardware Utilized:**<br>▪ **F5460683** – Dell Precision 7820 desktop computer, Windows 11 Enterprise, build number 26100.6584 | | **Software Utilized:**<br>▪ **AXIOM** – Magnet Forensics AXIOM v9.7.0<br>▪ **Back This Up** – Back This Up v3.1.19.2<br>▪ **GrayKey** – Magnet Forensics GrayKey App Bundle 7.1.0, OS 1.27.2 | |
| **Request Details:** Immediate priority request; extract an Apple iPhone 12 Mini. Passcode: [redacted] | | | |

| Submitted Evidence | | | |
|---|---|---|---|
| Designation | Evidence ID | Barcode | Description |
| QWF_iPhone12Mini | N/A | N/A | One (1) 256 Gigabyte Apple iPhone 12 Mini, model A2176, serial number [redacted], International Mobile Equipment Identity (IMEI) [redacted], color light green/mint, with one (1) phone case. |

| Derivative Evidence | | |
|---|---|---|
| Designation | Evidence ID | Description |
| DEWFMaster_15860973_QWF_iPhone12Mini | 1B81 | One (1) 750 Gigabyte Western Digital hard drive, model WD7500BPKT-00PK4T0, serial number [redacted], containing full file system extraction of an Apple iPhone 12 Mini. |
| DEWFArchive_15860973_QWF_iPhone12Mini (Tape 1/2 and 2/2) | 1B83 | Two (2) 6.25 Terabyte Hewlett Packard Enterprise Ultrium LTO 6 tapes, serial numbers [redacted] and [redacted] containing extraction, case processing data, and portable cases associated with CART request 15860973 and QWF_iPhone12Mini. |

| Communication Log | |
|---|---|
| Date | Notes |
| 11/6/2025 | **Contact with Case Agent** |

CART EXAMINATION NOTES

| | |
|---|---|
| | Contact with SA [redacted] and SA [redacted] regarding the request. Received consent form, passcode, and case ID. |
| 11/7/2025 | **Status Update**<br><br>Provided a status update to SA [redacted]. |
| 11/7/2025 | **Contact with Case Agents**<br><br>Contact with SA [redacted] regarding the request. SA [redacted] reaffirmed that it was a high priority request and to expedite processing where possible.<br><br>SA [redacted] also provided a list of individuals who would need access to the data on Case Agent Investigative Review (CAIR) for review of the data:<br>• [redacted] |
| 11/7/2025 | **Contact with Digital Media Exploitation (DMX) Unit**<br><br>Contact with SA [redacted] and DMX regarding transferring the extraction to them for multi-person review. |
| 11/12/2025 | **Contact with Case Agent**<br><br>Contact with SA [redacted] regarding geolocation data and time frame of interest. |
| 12/16/2025 | **Request Closure**<br><br>Received approval from the case team to archive and close out the request. |

| **Pre-Examination Information** | |
|---|---|
| Date | Notes |
| 11/6/2025 | **Verbal CART Service Request**<br><br>Supervisory Special Agent (SSA) [redacted] verbally assigned CART request to extract a phone under consent authority. |
| 11/6/2025 | **Legal Authority Review**<br><br>Legal Authority was reviewed; Legal authority to proceed with the examination was a signed consent form dated November 6, 2025. |

CART EXAMINATION NOTES

| | |
|---|---|
| 11/6/2025 | **Receipt of Evidence**<br><br>Received the device from SA [redacted]. SA [redacted] provided the consent form and passcode for the device: [redacted] |
| 11/6/2025 | **Evidence Designation & Physical Inventory**<br><br>Inventoried, labeled, and photographed evidence item(s). Descriptions of evidence item(s) can be located in the ***Submitted Evidence*** section of notes.<br>• Photographs included in the accompanying 1A package. |
| 11/7/2025 | **Written CART Service Request**<br><br>Assigned CART **Lead ID: 15860973**. See Sentinel Serial 2 under *266O-WF-3366725_SHAUNI_KERKHOFF*. |

| **Imaging / Acquisition / Extraction – QWF_iPhone12Mini** | |
|---|---|
| Date | Notes |
| 11/6/2025 | **Triage / Preview**<br><br>Device was successfully unlocked. Enabled Airplane Mode, and disabled Wi-Fi and Bluetooth. Changed Auto-Lock from 1 minute to Never. Previewed the device and took photographs of device information. |
| 11/6/2025 | **Extraction**<br><br>Utilized **GrayKey** to obtain a Full File System (FFS) of **QWF_iPhone12Mini** to a staging drive. |
| 11/7/2025 | **Pre-Examination Verification**<br><br>Utilized **TeraCopy** with SHA256 hashing to copy and verify the FFS extraction of **QWF_iPhone12Mini** to **F5460683**. Verification log included in the accompanying 1A package. |
| 11/7/2025 | **Disposition of Evidence**<br><br>Restored original auto-lock settings. Returned evidence item **QWF_iPhone12Mini** to SA [redacted] |
| 11/7/2025 | **Data Transfer to DMX**<br><br>Transferred the FFS extraction to the operational network. Gave ITS [redacted] of the Digital Media Exploitation (DMX) unit access to the network location for transfer to DMX. |
| 11/7/2025 | **Derivative Evidence / Master Copy**<br><br>Utilized **TeraCopy** to generate the following derivative evidence:<br>• **DEWFMaster_15860973_QWF_iPhone12Mini**<br><br>Descriptions of derivative evidence can be located in the ***Derivative Evidence*** section of notes. |
| **Processing and Analysis – QWF_iPhone12Mini** | |
| Date | Notes |
| 11/7/2025 | **AXIOM / Initial Processing**<br><br>Utilized **AXIOM** on **F5460683** to process the FFS extraction from **QWF_iPhone12Mini**. Selected to process for all artifacts except File System Events and Unified Logs. Time zone set to UTC. |
| 11/8/2025 | **AXIOM / Portable Case** |

CART EXAMINATION NOTES

| | |
|---|---|
| | Utilized **AXIOM** to generate an **AXIOM** portable case of all data. |
| 11/10/2025 | **Derivative Evidence Submission**<br><br>**DEWFMaster_15860973_QWF_iPhone12Mini** was submitted to the NVRA Evidence Control Center (ECR) as **1B81**. |
| 11/12/1015 | **Data on CAIR**<br><br>SA [redacted] requested review on CAIR in addition to DMX.<br><br>Notified the case team that the data was available for review on CAIR. The only individuals who were requested to have access to the case at the time were:<br><br>• [redacted]<br>•<br>•<br>•<br>• |
| 11/12/2025<br>-<br>11/13/2025 | **AXIOM / Additional Analysis**<br><br>SA [redacted] informed that the case team was interested in geolocation and all other data/activity during the timeframe of January 5, 2021, EST, between 7:30pm-8:30pm. SA [redacted] informed that the phone was not the one being used during this time period.<br><br>Minimal data/activity was observed during that date/time period. No geolocation data appeared to be present during that timeframe.<br><br>Provided information to SA [redacted]. |

| Post-Examination | |
|---|---|
| Date | Notes |
| 12/2/2025 | **Post-Examination Verification**<br><br>Utilized **TeraCopy** with SHA256 hashing to copy and verify the FFS extraction of **QWF_iPhone12Mini. TeraCopy** log included in the accompanying 1A package. |
| 12/16/2025 | **Derivative Evidence / Archive Copy**<br><br>Utilized **Back This Up** to generate the following derivative evidence:<br>• **DEWFArchive_15860973_QWF_iPhone12Mini (Tape 1/2 and 2/2)** |
| 12/18/2025 | **Submission of Derivative Evidence**<br><br>**DEWFArchive_15860973_QWF_iPhone12Mini (Tape 1/2 and 2/2)** was submitted to the NVRA ECR as **1B83**. |
| - **NO FURTHER WORK PERFORMED -** | |