FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

OFFICIAL RECORD
Document contains digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

## Electronic Communication

**Title:** (U//FOUO) Review of Kerkhoff's Phone **Date:** 08/28/2026

**From:** WASHINGTON FIELD
WF-CT04
**Contact:** [redacted], [redacted]

**Approved By:** SSA [redacted]

**Drafted By:** [redacted]

**Case ID #:** 266O-WF-3366725-SHAUNI_KERKHOFF

**Synopsis:** (U//FOUO) To supplement and correct serial 266O-WF-3366725-SHAUNI_KERKHOFF, serial 40.

**Reference:** 266O-WF-3366725-SHAUNI_KERKHOFF Serial 40

**Details:**

(U//FOUO) The review of the Shauni Kerkhoff's iPhone 12 mini A2176, SN:[redacted] was documented in 266O-WF-3366725-SHAUNI_KERKHOFF, Serial 40.

(U//FOUO) On re-review of the phone via Pathfinder, SA [redacted] identified geolocation data from pictures taken from the iPhone on January 4, 2021:

- 10:33:57 AM EST
- 11:20:52 AM EST
- 11:21:40 AM EST
- 5:34:01 PM EST
- 8:35:58 PM EST
- 9:52:01 PM EST
- 9:52:18 PM EST

(U//FOUO) On re-review of the phone via Pathfinder, SA [redacted] identified geolocation data from pictures taken from the iPhone on January 6, 2021:

- 9:22:58 AM EST
- 3:15:05 PM EST
- 6:20:04 PM EST
- 6:23:49 PM EST
- 7:07:20 PM EST
- 7:24:24 PM EST
- 7:26:34 PM EST
- 7:28:16 PM EST

(U//FOUO) Therefore, the last paragraph of 266O-WF-3366725-SHAUNI_KERKHOFF, Serial, 40 should be corrected to the following:

*There was no geolocation data seen between the times of **9:52:18 PM EST on January 4, 2021**, and 9:22:58 AM EST on January 6, 2021.*

♦♦