FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 11/13/2025

Between November 9 and November 12, 2025, Federal Bureau of Investigation (FBI) Special Agent (SA) [redacted] reviewed iPhone 12 mini A2176, SN[redacted] in both Magnet Axiom Examine v9.4.1.45125 as well as Pathfinder from the extraction completed by CART. Through filters, SA [redacted] found the following items with geolocation data:

On January 4, 2021, there was geolocation data from pictures taken from the iPhone at 8:35:58 PM EST, and 9:52:01 PM EST.

On January 6, 2021, there was geolcation data from pictures taken from the iPhone at 9:22:58 AM EST, and 3:15:05 PM EST.

There was no geolocation data seen in either Pathfinder, or Axiom between the times of 9:52:01 PM EST on January 4 and 9:22:58 AM EST on January 6, 2021.

**UNCLASSIFIED//FOUO**

Investigation on 11/09/2025 - 11/12/2025 at Washington, District Of Columbia, United States (Other (Cell phone review ))

File # 266O-WF-3366725-SHAUNI_KERKHOFF Date drafted 11/13/2025

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.