**Tuesday, October 27, 2026 at 9:28:21 AM Eastern Daylight Time**

**Subject:** RE: US v. Cole - Correspondence Regarding Discovery Deficiency
**Date:** Monday, October 26, 2026 at 9:39:43 AM Eastern Daylight Time
**From:** Jones, Charles (USADC)
**To:** John R. Glover, Alex Little, Bill Abely, Zachary Lawson, Ally Foresman
**CC:** Ballantine, Jocelyn (USADC), Allen, Stuart (USADC)
**Attachments:** image001.png, image002.png, image003.png, image004.png

Good morning,

The government will provide the portable case for January 5 and 6, 2021. The government declines to provide the additional requested data covering the two-month period between December 1, 2020 and January 30, 2021, or the one-month period of November 2025.

Please let us know if you would still like the government to produce the January 5 and 6 data as discussed.

Best,

**Charles R. Jones**
Assistant U.S. Attorney
National Security Section
U.S. Attorney's Office
Washington, D.C.
(202) 252-6976

---

**From:** John R. Glover <jr@litson.co>
**Sent:** Wednesday, October 21, 2026 5:58 PM
**To:** Jones, Charles (USADC) <Charles.Jones3@usdoj.gov>; Allen, Stuart (USADC) <Stuart.Allen@usdoj.gov>; Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>
**Cc:** Alex Little <alex@litson.co>; Bill Abely <Bill@litson.co>; Zachary Lawson <zack@litson.co>; Ally Foresman <ally@litson.co>
**Subject:** [EXTERNAL] Re: US v. Cole - Correspondence Regarding Discovery Deficiency

Charles,

Thank you for following up on this. Our September 21 email asked for a FFS for Ms. Kerkhoff's iPhone 12 Mini from December 1, 2020 to January 30, 2021. Our September 30 letter also explained the relevance of the month of November 2025 for the phone. We request that the government's date-limited portable case include both of these periods.

Thanks,
JR

**John Ross Glover**
**Partner**

LITSON

54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187 | jr@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Jones, Charles (USADC) <Charles.Jones3@usdoj.gov>
**Date:** Wednesday, October 21, 2026 at 1:06 PM
**To:** John R. Glover <jr@litson.co>; Allen, Stuart (USADC) <Stuart.Allen@usdoj.gov>; Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>
**Cc:** Alex Little <alex@litson.co>; Bill Abely <Bill@litson.co>; Zachary Lawson <zack@litson.co>; Ally Foresman <ally@litson.co>
**Subject:** RE: US v. Cole - Correspondence Regarding Discovery Deficiency

Counsel,

We write to follow-up on our correspondence from October 7. The FBI has determined that it is technically feasible to provide a date-limited AXIOM portable case for January 5 and 6, 2021. At this time, we expect to be able to produce this on or before October 30.

**Charles R. Jones**
Assistant U.S. Attorney
National Security Section
U.S. Attorney's Office
Washington, D.C.
(202) 252-6976

---

**From:** Jones, Charles (USADC) <Charles.Jones3@usdoj.gov>
**Sent:** Wednesday, October 7, 2026 8:32 PM
**To:** 'John R. Glover' <jr@litson.co>; Allen, Stuart (USADC) <Stuart.Allen@usdoj.gov>; Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>
**Cc:** 'Alex Little' <alex@litson.co>; 'Bill Abely' <Bill@litson.co>; 'Zachary Lawson' <zack@litson.co>; 'Ally Foresman' <ally@litson.co>
**Subject:** RE: US v. Cole - Correspondence Regarding Discovery Deficiency

Counsel,

The government is in receipt of your September 30, 2026, letter requesting the full-file-system extraction of Ms. Kerkhoff's iPhone mini 12. In light of your letter and remarks in court last week, we are working with the FBI to determine whether it is technically feasible to provide a date-limited AXIOM portable case. We will provide an update on the status of this on or before October 21, 2026.

**Charles R. Jones**
Assistant U.S. Attorney
National Security Section
U.S. Attorney's Office
Washington, D.C.
(202) 252-6976

---

**From:** John R. Glover
**Sent:** Wednesday, September 30, 2026 12:22 PM
**To:** Jones, Charles (USADC) ; Allen, Stuart (USADC) ; Ballantine, Jocelyn (USADC)
**Cc:** Alex Little ; Bill Abely ; Zachary Lawson ; Ally Foresman
**Subject:** US v. Cole - Correspondence Regarding Discovery Deficiency

Counsel,

Please find the attached correspondence.

Thanks,
JR

John Ross Glover
**Partner**
LITSON
54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187 | jr@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.