**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No. 26-cr-00001 (AHA)** |
| **BRIAN J. COLE, JR.,** | : | |
| **Defendant.** | : | |

## MOTION FOR AN ORDER TO DISCLOSE GRAND JURY TESTIMONY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry by this Court of an order permitting the disclosure of testimony before the grand jury to the defendant, Brian J. Cole, Jr., and his counsel.

The government seeks a court order permitting the disclosure of transcripts of witnesses who testified before the grand jury in this case because such disclosure is necessary for the government to comply with its Rule 26.2 obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): “The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding.” Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court “must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate.” The government submits that the requirements of Rule 6(e)(3)(F) are satisfied by this motion.

Accordingly, the government respectfully requests an order authorizing the disclosure of grand jury testimony to the defendant and his counsel. *See* Rule 6(e)(3)(E)(i).

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Stuart Allen*
STUART D. ALLEN (D.C. Bar No. 1005102)
CHARLES R. JONES (D.C. Bar No. 1035541)
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530